# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 27. Motion for** Judcial Notice

*Instructions for this form: [http://www.ca9.uscourts.gov/forms/form27instructions.pdf](http://www.ca9.uscourts.gov/forms/form27instructions.pdf)*

**9th Cir. Case Number(s)** 26-6947

**Case Name** Nasir v. Equinix, Inc., et al.

**Lower Court or Agency Case Number** 26-cv-09084-RGK-SK.

What is your name? sajjad nasir

1. **What** do you want the court to do?

In active coordination with Defendant Equinix, Inc., the Clerk of the United States Court of Appeals for the Ninth Circuit defrauded and improperly terminated Appeal No. 26-5732 to facilitate Federal mail fraud by Defdents Equinix Inc , Commioner Police, State of NSW.

2. **Why** should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

Defendant Equinix, Inc., in active collusion with the Clerk of the United States District Court for the Central District of California, the Commissioner of the New South Wales Police Force, and the Commonwealth of Australia, committed federal mail fraud in connection with District Court Case No. 2: 26-cv-09084-RGK-SK. This conduct was deliberately coordinated and synchronized across the United States Court of Appeals for the Ninth Circuit and the Central District of California to execute mail fraud through the United

Your mailing address:

City State Zip Code

Prisoner Inmate or A Number (if applicable)

**Signature** S / sajjad Nasir **Date** 10/24/2026

*Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)*