Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## TIME SCHEDULE ORDER

---

| | |
|---|---|
| Docket Number: | 26-6831 |
| Originating Case Number: | 2:26-cv-01853-LK |
| Case Title: | Nasir v. China United Network Communications Group Co., Ltd., et al. |

---

**10/29/2026**
Sajjad Nasir — Corporate Disclosure Statement due

**11/24/2026**
Sajjad Nasir — Appeal Opening Brief (No Transcript Due)

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case. *See* 9th Cir. R. 42-1.**

# Corporate Disclosure Statement

**The Clerk of the Court for the U.S. Court of Appeals for the Ninth Circuit "Molly Dwyer " is a hooker and prostitute who is involve in**

**(a) united states securities and commission frauds with Equinix Inc,**
**(b) United States Postal frauds with Equinix Inc ,**
**(c) United States Banking and financial Frauds with Equinix Inc. ,**
**(d) United States Judicial Frauds with Equinix Inc in exchange of corrupt payment .**
**(e) United States Judicial frauds with Equinix Inc by fabrication of district court final orders**
**(d) United States Judicial Frauds by corrupting Pace Data with Equinix Inc in exchange of corrupt payments**

Outlook

**Re: 26cv3788 JCC NEW : Pro Se Civil Complaint Form & Civil Cover Sheet**

**From** Sajjad Nasir <sajjadqut01@outlook.com>
**Date** Fri 30/10/2026 05:05
**To** CA01ECFHelpDesk@ca1.uscourts.gov <CA01ECFHelpDesk@ca1.uscourts.gov>
**Cc** WAWDdb_NewCasesSea <newcases.seattle@wawd.uscourts.gov>; WAWDdb_NewCasesSea <newcases.seattle@wawd.uscourts.gov>; WAWDdb_NewCasesTac <newcases.tacoma@wawd.uscourts.gov>; National.FOIAPortal (OIP) <national.foiaportal@usdoj.gov>; Jaime Smith <jaime_smith@wiwd.uscourts.gov>; WAWDdb_LJKOrders <kingorders@wawd.uscourts.gov>; PacerMonitor Customer Support <support@pacermonitor.com>; TIP Office Public Outreach <tipoutreach@state.gov>; *IRSPublicAccessPortal <irspublicaccessportal@irs.gov>; EmergencyFilings CACD <emergencyfilings@cacd.uscourts.gov>; ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov>; Records CACD <records_cacd@cacd.uscourts.gov>; ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; Questions CA09Operation <questions@ca9.uscourts.gov>; Emergency@ca9.uscourts.gov <emergency@ca9.uscourts.gov>; Motions@ca9.uscourts.gov <motions@ca9.uscourts.gov>; ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov>; ca07_circuit_executive@ca7.uscourts.gov <ca07_circuit_executive@ca7.uscourts.gov>

Hello First Circuit Court of Appeal ,

The Clerk of the Court for the U.S. Court of Appeals for the Ninth Circuit ***"Molly Dwyer "*** is a hooker and prostitute who is involve in (a) united states securities and commission frauds with Equinix Inc, and (b) fabricate appeal notices in exchange of corrupt payments from Equinix Inc.

Thank you ,
Sajjad

---

9TH CIRCUIT COURT OF APPEALS
E - F I L E R P O R T A L

My Cases | My Cases of Interest

Search

| Case Number | Name | Case Status | Originating Court | Fee Status | Most Recent Activity |
|---|---|---|---|---|---|
| 26-6947 | Nasir v. Equinix, Inc., et al. | Open | Los Angeles, Central California | Due in District Court | 10/29/2026 7:37 AM |
| 26-6831 | Nasir v. China United Network Communications Group Co., Ltd., et al. | Open | Seattle, Western Washington | IFP | 10/29/2026 7:36 AM |
| 26-4162 | Nasir v. China United Network Communications Group Co., Ltd., et al. | Open | Seattle, Western Washington | Paid | 10/29/2026 7:32 AM |
| 26-5732 | Nasir v. Equinix, Inc., et al. | Closed | Los Angeles, Central California | IFP Pending in COA | 10/29/2026 6:20 AM |

---

**From:** Sajjad Nasir <sajjadqut01@outlook.com>
**Sent:** Friday, October 30, 2026 04:41
**To:** ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; Questions CA09Operation <questions@ca9.uscourts.gov>; Emergency@ca9.uscourts.gov <emergency@ca9.uscourts.gov>; Motions@ca9.uscourts.gov <motions@ca9.uscourts.gov>
**Cc:** WAWDdb_NewCasesSea <newcases.seattle@wawd.uscourts.gov>; WAWDdb_NewCasesSea <newcases.seattle@wawd.uscourts.gov>; WAWDdb_NewCasesTac <newcases.tacoma@wawd.uscourts.gov>; National.FOIAPortal (OIP) <national.foiaportal@usdoj.gov>; Jaime Smith <jaime_smith@wiwd.uscourts.gov>; WAWDdb_LJKOrders <kingorders@wawd.uscourts.gov>; PacerMonitor Customer Support <support@pacermonitor.com>; TIP Office Public Outreach <tipoutreach@state.gov>; *IRSPublicAccessPortal <irspublicaccessportal@irs.gov>; EmergencyFilings CACD <emergencyfilings@cacd.uscourts.gov>; ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov>; Records CACD <records_cacd@cacd.uscourts.gov>; ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov>; ca07_circuit_executive@ca7.uscourts.gov <ca07_circuit_executive@ca7.uscourts.gov>; USCA7 Clerk <usca7_clerk@ca7.uscourts.gov>; WIWDdb_ecfhelp <wiwd_ecfhelp@wiwd.uscourts.gov>; helpdesk@wiwb.uscourts.gov <helpdesk@wiwb.uscourts.gov>; ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>;

Outlook

**Re: 26cv3788 JCC NEW : Pro Se Civil Complaint Form & Civil Cover Sheet**

**From** Sajjad Nasir <sajjadqut01@outlook.com>
**Date** Fri 30/10/2026 05:08
**To** CA02db ProSeCases <prosecases@ca2.uscourts.gov>; newcases@ca2.uscourts.gov <newcases@ca2.uscourts.gov>
**Cc** WAWDdb_NewCasesSea <newcases.seattle@wawd.uscourts.gov>; WAWDdb_NewCasesSea <newcases.seattle@wawd.uscourts.gov>; WAWDdb_NewCasesTac <newcases.tacoma@wawd.uscourts.gov>; National.FOIAPortal (OIP) <national.foiaportal@usdoj.gov>; Jaime Smith <jaime_smith@wiwd.uscourts.gov>; WAWDdb_LJKOrders <kingorders@wawd.uscourts.gov>; PacerMonitor Customer Support <support@pacermonitor.com>; TIP Office Public Outreach <tipoutreach@state.gov>; *IRSPublicAccessPortal <irspublicaccessportal@irs.gov>; EmergencyFilings CACD <emergencyfilings@cacd.uscourts.gov>; ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov>; Records CACD <records_cacd@cacd.uscourts.gov>; ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; Questions CA09Operation <questions@ca9.uscourts.gov>; Emergency@ca9.uscourts.gov <emergency@ca9.uscourts.gov>; Motions@ca9.uscourts.gov <motions@ca9.uscourts.gov>; ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov>; ca07_circuit_executive@ca7.uscourts.gov <ca07_circuit_executive@ca7.uscourts.gov>

Hello Second Circuit Court of Appeal ,

The Clerk of the Court for the U.S. Court of Appeals for the Ninth Circuit ***"Molly Dwyer "*** is a hooker and prostitute who is involve in (a) united states securities and commission frauds with Equinix Inc, and (b) fabricate appeal notices in exchange of corrupt payments from Equinix Inc.

Thank you ,
Sajjad

---

9TH CIRCUIT COURT OF APPEALS
E - F I L E R   P O R T A L

My Cases | My Cases of Interest

Search

| Case Number | Name | Case Status | Originating Court | Fee Status | Most Recent Activity |
|---|---|---|---|---|---|
| 26-6947 | Nasir v. Equinix, Inc., et al. | Open | Los Angeles, Central California | Due in District Court | 10/29/2026 7:37 AM |
| 26-6831 | Nasir v. China United Network Communications Group Co., Ltd., et al. | Open | Seattle, Western Washington | IFP | 10/29/2026 7:36 AM |
| 26-4162 | Nasir v. China United Network Communications Group Co., Ltd., et al. | Open | Seattle, Western Washington | Paid | 10/29/2026 7:32 AM |
| 26-5732 | Nasir v. Equinix, Inc., et al. | Closed | Los Angeles, Central California | IFP Pending in COA | 10/29/2026 6:20 AM |

---

**From:** Sajjad Nasir <sajjadqut01@outlook.com>
**Sent:** Friday, October 30, 2026 04:41
**To:** ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; Questions CA09Operation <questions@ca9.uscourts.gov>; Emergency@ca9.uscourts.gov <emergency@ca9.uscourts.gov>; Motions@ca9.uscourts.gov <motions@ca9.uscourts.gov>
**Cc:** WAWDdb_NewCasesSea <newcases.seattle@wawd.uscourts.gov>; WAWDdb_NewCasesSea <newcases.seattle@wawd.uscourts.gov>; WAWDdb_NewCasesTac <newcases.tacoma@wawd.uscourts.gov>; National.FOIAPortal (OIP) <national.foiaportal@usdoj.gov>; Jaime Smith <jaime_smith@wiwd.uscourts.gov>; WAWDdb_LJKOrders <kingorders@wawd.uscourts.gov>; PacerMonitor Customer Support <support@pacermonitor.com>; TIP Office Public Outreach <tipoutreach@state.gov>; *IRSPublicAccessPortal <irspublicaccessportal@irs.gov>; EmergencyFilings CACD <emergencyfilings@cacd.uscourts.gov>; ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov>; Records CACD <records_cacd@cacd.uscourts.gov>; ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov>; ca07_circuit_executive@ca7.uscourts.gov <ca07_circuit_executive@ca7.uscourts.gov>; USCA7 Clerk <usca7_clerk@ca7.uscourts.gov>; WIWDdb_ecfhelp <wiwd_ecfhelp@wiwd.uscourts.gov>; helpdesk@wiwb.uscourts.gov <helpdesk@wiwb.uscourts.gov>; ACMS@ca9.fedcourts.us

Outlook

---

**Re: 26cv3788 JCC NEW : Pro Se Civil Complaint Form & Civil Cover Sheet**

---

**From** Sajjad Nasir <sajjadqut01@outlook.com>
**Date** Fri 30/10/2026 05:12
**To** CA03db_ECF HelpDesk <ecf_helpdesk@ca3.uscourts.gov>; CA03db_Emergency Motions <emergency_motions@ca3.uscourts.gov>
**Cc** WAWDdb_NewCasesSea <newcases.seattle@wawd.uscourts.gov>; WAWDdb_NewCasesSea <newcases.seattle@wawd.uscourts.gov>; WAWDdb_NewCasesTac <newcases.tacoma@wawd.uscourts.gov>; National.FOIAPortal (OIP) <national.foiaportal@usdoj.gov>; Jaime Smith <jaime_smith@wiwd.uscourts.gov>; WAWDdb_LJKOrders <kingorders@wawd.uscourts.gov>; PacerMonitor Customer Support <support@pacermonitor.com>; TIP Office Public Outreach <tipoutreach@state.gov>; *IRSPublicAccessPortal <irspublicaccessportal@irs.gov>; EmergencyFilings CACD <emergencyfilings@cacd.uscourts.gov>; ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov>; Records CACD <records_cacd@cacd.uscourts.gov>; ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; Questions CA09Operation <questions@ca9.uscourts.gov>; Emergency@ca9.uscourts.gov <emergency@ca9.uscourts.gov>; Motions@ca9.uscourts.gov <motions@ca9.uscourts.gov>; ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov>; ca07_circuit_executive@ca7.uscourts.gov <ca07_circuit_executive@ca7.uscourts.gov>

Hello Third Circuit Court of Appeal ,

The Clerk of the Court for the U.S. Court of Appeals for the Ninth Circuit ***"Molly Dwyer "*** is a hooker and prostitute who is involve in (a) united states securities and commission frauds with Equinix Inc, and (b) fabricate appeal notices in exchange of corrupt payments from Equinix Inc.

Thank you ,
Sajjad

---

9TH CIRCUIT COURT OF APPEALS
E - F I L E R  P O R T A L

My Cases | My Cases of Interest

Search

| Case Number | Name | Case Status | Originating Court | Fee Status | Most Recent Activity |
|---|---|---|---|---|---|
| 26-6947 | Nasir v. Equinix, Inc., et al. | Open | Los Angeles, Central California | Due in District Court | 10/29/2026 7:37 AM |
| 26-6831 | Nasir v. China United Network Communications Group Co., Ltd., et al. | Open | Seattle, Western Washington | IFP | 10/29/2026 7:36 AM |
| 26-4162 | Nasir v. China United Network Communications Group Co., Ltd., et al. | Open | Seattle, Western Washington | Paid | 10/29/2026 7:32 AM |
| 26-5732 | Nasir v. Equinix, Inc., et al. | Closed | Los Angeles, Central California | IFP Pending in COA | 10/29/2026 6:20 AM |

---

**From:** Sajjad Nasir <sajjadqut01@outlook.com>
**Sent:** Friday, October 30, 2026 04:41
**To:** ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; Questions CA09Operation <questions@ca9.uscourts.gov>; Emergency@ca9.uscourts.gov <emergency@ca9.uscourts.gov>; Motions@ca9.uscourts.gov <motions@ca9.uscourts.gov>
**Cc:** WAWDdb_NewCasesSea <newcases.seattle@wawd.uscourts.gov>; WAWDdb_NewCasesSea <newcases.seattle@wawd.uscourts.gov>; WAWDdb_NewCasesTac <newcases.tacoma@wawd.uscourts.gov>; National.FOIAPortal (OIP) <national.foiaportal@usdoj.gov>; Jaime Smith <jaime_smith@wiwd.uscourts.gov>; WAWDdb_LJKOrders <kingorders@wawd.uscourts.gov>; PacerMonitor Customer Support <support@pacermonitor.com>; TIP Office Public Outreach <tipoutreach@state.gov>; *IRSPublicAccessPortal <irspublicaccessportal@irs.gov>; EmergencyFilings CACD <emergencyfilings@cacd.uscourts.gov>; ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov>; Records CACD <records_cacd@cacd.uscourts.gov>; ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov>; ca07_circuit_executive@ca7.uscourts.gov <ca07_circuit_executive@ca7.uscourts.gov>; USCA7 Clerk <usca7_clerk@ca7.uscourts.gov>; WIWDdb_ecfhelp <wiwd_ecfhelp@wiwd.uscourts.gov>; helpdesk@wiwb.uscourts.gov <helpdesk@wiwb.uscourts.gov>; ACMS@ca9.fedcourts.us

Case: 26-6947, 10/29/2026, DktEntry: 10.1, (6 of 6)

Outlook

---

**Re: 26cv3788 JCC NEW : Pro Se Civil Complaint Form & Civil Cover Sheet**

---

**From** Sajjad Nasir <sajjadqut01@outlook.com>
**Date** Fri 30/10/2026 05:15
**To** 4CCA-FILING <4cca-filing@ca4.uscourts.gov>
**Cc** WAWDdb_NewCasesSea <newcases.seattle@wawd.uscourts.gov>; WAWDdb_NewCasesSea <newcases.seattle@wawd.uscourts.gov>; WAWDdb_NewCasesTac <newcases.tacoma@wawd.uscourts.gov>; National.FOIAPortal (OIP) <national.foiaportal@usdoj.gov>; Jaime Smith <jaime_smith@wiwd.uscourts.gov>; WAWDdb_LJKOrders <kingorders@wawd.uscourts.gov>; PacerMonitor Customer Support <support@pacermonitor.com>; TIP Office Public Outreach <tipoutreach@state.gov>; *IRSPublicAccessPortal <irspublicaccessportal@irs.gov>; EmergencyFilings CACD <emergencyfilings@cacd.uscourts.gov>; ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov>; Records CACD <records_cacd@cacd.uscourts.gov>; ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; Questions CA09Operation <questions@ca9.uscourts.gov>; Emergency@ca9.uscourts.gov <emergency@ca9.uscourts.gov>; Motions@ca9.uscourts.gov <motions@ca9.uscourts.gov>; ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov>; ca07_circuit_executive@ca7.uscourts.gov <ca07_circuit_executive@ca7.uscourts.gov>

Hello 4CCA ,

The Clerk of the Court for the U.S. Court of Appeals for the Ninth Circuit ***"Molly Dwyer "*** is a hooker and prostitute who is involve in (a) united states securities and commission frauds with Equinix Inc, and (b) fabricate appeal notices in exchange of corrupt payments from Equinix Inc.

Thank you ,
Sajjad

---

9TH CIRCUIT COURT OF APPEALS
E - F I L E R P O R T A L

My Cases | My Cases of Interest

Search

| Case Number | Name | Case Status | Originating Court | Fee Status | Most Recent Activity |
|---|---|---|---|---|---|
| 26-6947 | Nasir v. Equinix, Inc., et al. | Open | Los Angeles, Central California | Due in District Court | 10/29/2026 7:37 AM |
| 26-6831 | Nasir v. China United Network Communications Group Co., Ltd., et al. | Open | Seattle, Western Washington | IFP | 10/29/2026 7:36 AM |
| 26-4162 | Nasir v. China United Network Communications Group Co., Ltd., et al. | Open | Seattle, Western Washington | Paid | 10/29/2026 7:32 AM |
| 26-5732 | Nasir v. Equinix, Inc., et al. | Closed | Los Angeles, Central California | IFP Pending in COA | 10/29/2026 6:20 AM |

---

**From:** Sajjad Nasir <sajjadqut01@outlook.com>
**Sent:** Friday, October 30, 2026 04:41
**To:** ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; ACMS@ca9.fedcourts.us <acms@ca9.fedcourts.us>; Questions CA09Operation <questions@ca9.uscourts.gov>; Emergency@ca9.uscourts.gov <emergency@ca9.uscourts.gov>; Motions@ca9.uscourts.gov <motions@ca9.uscourts.gov>
**Cc:** WAWDdb_NewCasesSea <newcases.seattle@wawd.uscourts.gov>; WAWDdb_NewCasesSea <newcases.seattle@wawd.uscourts.gov>; WAWDdb_NewCasesTac <newcases.tacoma@wawd.uscourts.gov>; National.FOIAPortal (OIP) <national.foiaportal@usdoj.gov>; Jaime Smith <jaime_smith@wiwd.uscourts.gov>; WAWDdb_LJKOrders <kingorders@wawd.uscourts.gov>; PacerMonitor Customer Support <support@pacermonitor.com>; TIP Office Public Outreach <tipoutreach@state.gov>; *IRSPublicAccessPortal <irspublicaccessportal@irs.gov>; EmergencyFilings CACD <emergencyfilings@cacd.uscourts.gov>; ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov>; Records CACD <records_cacd@cacd.uscourts.gov>; ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov>; ca07_circuit_executive@ca7.uscourts.gov <ca07_circuit_executive@ca7.uscourts.gov>; USCA7 Clerk <usca7_clerk@ca7.uscourts.gov>; WIWDdb_ecfhelp <wiwd_ecfhelp@wiwd.uscourts.gov>; helpdesk@wiwb.uscourts.gov <helpdesk@wiwb.uscourts.gov>; ACMS@ca9.fedcourts.us